UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

## No. 21-3068, 21-3205 & 21-3243

PJM POWER PROVISERS GROUP,
                                            Petitioner in 21-3068
                                    v.

FEDERAL ENERGY REGULATORY COMMISSION


ELECTRIC POWER SUPPLY ASSOCIATION,
                                            Petitioner in 21-3205

PENNSYLVANIA PUBLIC UTILITY COMMISSION;
PUBLIC UTILITIES COMMISSION OF OHIO,
                                            Petitioners in 21-3243

(Agency No. ER21-2582-000)


To: Clerk

    Motion by Intervenor Respondent Buckeye Power Inc to Amend
    Opinion dated December 1, 2023.


_____ORDER_____

The foregoing motion is granted at the direction of the Court. The opinion will be amended contemporaneously with this order. As the changes to the opinion are clerical in nature, the judgment is unaffected and remains as originally filed.


For the Court,

*Patricia A. Dodszuweit*

Patricia S. Dodszuweit, Clerk

Dated: January 24, 2024

kr/cc: All Counsel of Record